UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>EUGENE KAMEN,<br>    a/k/a "Eugene Kamenchouk,"<br>    a/k/a "Yevhen Kamenchuk,"<br>    a/k/a "Boro Dach,"<br><br>        Defendant. | **UNSEALING ORDER**<br><br>S10 23 Cr. 241 (AT) |

Upon the application of the United States, by the United States Attorney for the Southern District of New York, Jay Clayton, by Assistant United States Attorney Matthew R. Shahabian;

It is found that the Indictment in the above-captioned case is currently sealed and the United States Attorney's Office has applied to have that Indictment unsealed, and;

ORDERED that the Indictment in the above-captioned action be unsealed and remain unsealed pending further order of the Court.

Dated:    New York, New York
           April **16**, 2026

*Kathaine H Parker*

HONORABLE KATHARINE H. PARKER
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF NEW YORK