**U.S. Departn**

*United States*
*Southern Dist*

*The Jacob K. Javits*
*26 Federal Plaza, 37*
*New York, New York 10278*

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/10/2026

July 9, 2026

**BY CM/ECF**
The Honorable Analisa Torres
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

**Re: United States v. Kamen, 23 Cr. 241 (AT)**

Dear Judge Parker:

The Government submits this joint letter to respectfully request a 60-day adjournment of the status conference scheduled for July 13, 2026. The adjournment will allow the parties to continue to confer about a possible pretrial disposition.

With the consent of the defense, the Government also requests that that the Court exclude time under the Speedy Trial Act until the next conference in this case. For the reason set forth above, the ends of justice served by the continuance outweigh the best interests of the public and the defendants in a speedy trial.

Respectfully submitted,

JAY CLAYTON
United States Attorney

By: /s/
Jane Chong
Assistant United States Attorney

GRANTED. The status conference currently scheduled for July 13, 2026 is ADJOURNED to **September 14, 2026**, at **2:00 p.m.** in **Courtroom 15D** of the United States Courthouse, 500 Pearl Street, New York, New York 10007. The parties shall promptly notify the Court if they reach a pretrial disposition before such date.

SO ORDERED.

Dated: July 10, 2026
New York, New York

ANALISA TORRES
United States District Judge